UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON


**PAULINE ELIZABETH RAMSEY,**

    Plaintiff,

v.                                  Civil Action No. 20-00734

**KILOLO KIJAKAZI,**
Acting Commissioner of
Social Security,[1]

    Defendant.


## MEMORANDUM OPINION AND ORDER

The court having received the Proposed Findings and Recommendation of United States Magistrate Judge Omar J. Aboulhosn, entered on June 25, 2021 (ECF No. 14); and the magistrate judge having recommended the court deny plaintiff's request for reversal or remand (ECF No. 10), grant defendant's request to affirm the decision below (ECF No. 13), affirm the final decision of the Commissioner, and dismiss this matter from the court's docket; and no objection having been filed to the Proposed Findings and Recommendation, it is ORDERED that the findings made in the Proposed Findings and Recommendation of the

---

[1] While Mr. Saul was the Acting Commissioner when this case was instituted, Ms. Kijakazi has succeeded Mr. Saul.  Accordingly, she is automatically substituted in his place.  See Fed. R. Civ. P. 25(d).

magistrate judge (ECF No. 14) be, and they hereby are, adopted by the court and incorporated herein.

Accordingly, it is further ORDERED that:

1. Plaintiff's request for judgment on the pleadings (ECF No. 10) be, and hereby is, DENIED.

2. Defendant's request to affirm the decision of the Commissioner (ECF No. 13) be, and hereby is, GRANTED.

3. The final decision of the Commissioner be, and hereby is, AFFIRMED.

3. This action be, and hereby is, DISMISSED from the docket of this court.

The Clerk is directed to forward copies of this memorandum opinion and order to all counsel of record, any unrepresented party, and United States Magistrate Judge Aboulhosn.

ENTER: October 1, 2021

John T. Copenhaver, Jr.
Senior United States District Judge